USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                              :

K.C., *an infant by her mother and natural guardian*   :
*Trisha Chantay Brown*; and TRISHA CHANTAY   :
BROWN, *individually*,                                    :
                                                             :
                                      Plaintiffs,   :     1:23-cv-10222-GHW
                                                            :
                    -against-                         :        ORDER
                                                             :
AMERICAN AIRLINES, INC.,                 :
                                                             :
                                      Defendant.   :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of Bronx, on November 21, 2023.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 5, 2023.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated:  November 22, 2023

                                                                                           _____
                                                                                             GREGORY H. WOODS
                                                                                 United States District Judge