```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
K.C., an infant by her mother and natural guardian                :
TRISHA CHANTAY BROWN, et al.,                                     :
                                                                  :
                                        Plaintiffs,               :
                                                                  :
            -v-                                                   :
                                                                  :
AMERICAN AIRLINES, INC.,                                          :
                                                                  :
                                        Defendant.                :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2024

1:23-cv-10222-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Counsel for Plaintiffs have submitted a letter notifying the Court that the parties have reached a settlement. Dkt. No. 8. Plaintiffs request that the initial pre-trial conference scheduled for January 25, 2024 be adjourned. Dkt. No. 4. That request is granted. The initial pre-trial conference scheduled for January 25, 2024 is canceled.

One of the Plaintiffs, K.C., is an infant. Pursuant to Local Civil Rule 83.2(a)(1):

> An action by or on behalf of an infant or incompetent shall not be settled or compromised, or voluntarily discontinued, dismissed or terminated, without leave of the Court embodied in an order, judgment or decree. The proceeding upon an application to settle or compromise such an action shall conform, as nearly as may be, to the New York State statutes and rules, but the Court, for cause shown, may dispense with any New York State requirement.

To obtain the Court's approval of any proposed settlement brought on behalf of an infant, the parties must formally request the Court's approval of the settlement in accordance with the requirements of New York C.P.L.R. § 1208. To the extent that any proposed settlement provides for the payment of, or offset of, attorney's fees, the application for those fees must be supported by documentation that meets the requirements of Section 474 of the New York Judiciary Law and is otherwise sufficient for the Court to evaluate the reasonable value of the legal services provided.

Accordingly, the Court expects the parties to request the Court's approval of their settlement, with a supporting memorandum of law and factual submissions, by **February 23, 2024**.

    SO ORDERED.

Dated: January 24, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge