USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :

K.C., *an infant by her mother and natural guardian*   :
*TRISHA CHANTAY BROWN, et al.*,                 :
                                                  :            1:23-cv-10222-GHW
                                  Plaintiffs,   :
                                                  :                ORDER
                          -v-                                :
                                                  :
AMERICAN AIRLINES, INC.,                             :
                                                  :
                                  Defendant.   :
                                                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        Plaintiffs address their latest request to the Court to "Magistrate Judge Woods." Dkt. No. 12. This suggests to the Court that the parties anticipate that all remaining proceedings in this case will be conducted by a magistrate judge. Hence, this order. To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the actual assigned Magistrate Judge in this matter.

        If both sides consent to proceed before the Magistrate Judge, counsel for Plaintiffs must, **within two weeks of the date of this order** file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf). The executed form should be filed on ECF as a "Proposed Consent to Jurisdiction by US Magistrate Judge," and be described using the "Proposed Consent to Jurisdiction by US Magistrate Judge" filing event in accordance with ECF Rule 13.27. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as

it would be if the consent form were not signed and so ordered.

If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, **within two weeks of the date of this order** advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: March 27, 2024  
New York, New York

GREGORY H. WOODS  
United States District Judge