USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
K.C., *an infant by her mother and natural guardian*
*TRISHA CHANTAY BROWN*, et al.,

                        Plaintiffs,      1:23-cv-10222-GHW

          -against-                            ORDER

AMERICAN AIRLINES, INC.,

                        Defendant.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On March 27, 2024 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than April 10, 2024.  Dkt. No. 14.  Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's March 27 order forthwith, and in no event later than April 24, 2024.

      SO ORDERED.

Dated:  April 16, 2024
New York, New York

                                                                        GREGORY H. WOODS
                                                                United States District Judge