UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

K.C., *an infant by her mother and natural guardian,*
*TRISHA CHANTAY BROWN, et al.*

                              **Plaintiff,**                        23-CV-10222-VF

                    -against-                                    **ORDER**

AMERICAN AIRLINES, Inc.

                              **Defendant.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On May 24, 2024, the parties filed an Infant Compromise Order. ECF No. 21. This Order contained certain medical records belonging to Plaintiff K.C. Id. The Court has placed these records under a temporary seal lasting until **June 24, 2024**. If Plaintiff wishes for these records to be placed under permanent seal, they are directed to file a sealing motion that makes the requisite showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006).

**SO ORDERED.**

DATED:    New York, New York
                 June 10, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge