UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

K.C., *an infant by her mother and natural guardian*,
*TRISHA CHANTAY BROWN, et al.*

|  |  |
|---|---|
| **Plaintiff,** | **23-CV-10222-VF** |
| **-against-** | **ORDER ON MOTION TO SEAL** |
| **AMERICAN AIRLINES, Inc.** | |
| **Defendant.** | |

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On May 24, 2024, the parties filed an Infant Compromise Order, which contained certain medical records belonging to Plaintiff K.C. ECF No. 21. The parties filed the order on the public docket and on June 10, 2024, the Court placed these records under a temporary seal, given that they contained medical records of a minor. ECF No. 22. The Court directed the parties to submit a letter making a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006), if they wished to maintain the documents under seal. Having failed to submit a letter or a motion seeking sealing, the Court will unseal the documents at ECF No. 21 on **Wednesday, October 2, 2024**. If the parties wish to maintain the medical records confidential, a letter motion seeking sealing should be filed before October 2, 2024.

**SO ORDERED.**

DATED:      New York, New York
            September 11, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge