UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**K.C.,** *an infant by her mother and natural guardian*, **TRISHA CHANTAY BROWN,** *et al.*

                                  **Plaintiffs,**                          **23-CV-10222-VF**

           **-against-**                                                **ORDER**

**AMERICAN AIRLINES, INC.**

                                  **Defendant.**

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On May 24, 2024, the parties filed an Infant Compromise Order containing certain medical records belonging to Plaintiff K.C. ECF No. 21. On June 10, 2024, the Court *sua sponte* placed this filing under a temporary seal. ECF No. 22. The Court directed the parties to submit a joint letter moving for a permanent seal based on the standard outlined in <u>Lugosch v. Pyramid Co. of Onondaga</u>, 435 F.3d 110 (2d Cir. 2006), should they want these records to be permanently sealed. <u>Id.</u> On September 11, 2024, the Court directed the parties to file a letter motion in support of sealing the records before October 2, 2024. ECF No. 24. The parties filed no such letter or motion.

      The Clerk of Court is directed to unseal ECF Nos. 21, 21-1, 21-2, 21-3, 21-4, 21-5, and 21-6. These records do not appear to contain any medical information related to Plaintiff K.C., the parties did not originally file these records under seal, and the parties have not made a showing, through a motion or letter, that sealing is required.

The Clerk of Court is directed to place a permanent seal on ECF Nos. 21-7, 21-8, 21-9, 21-10, and 21-11. These records concern the medical information of Plaintiff K.C., who is a minor. Courts generally permit records concerning the medical and other sensitive information of a minor to remain under permanent seal. J.L. on behalf of J.P. v. New York City Dep't of Educ., No. 17-CV-7150 (PAC) (KHP), 2024 WL 291218, at *3 (S.D.N.Y. Jan. 25, 2024).

**SO ORDERED.**

DATED:   New York, New York
         October 17, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge